IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PAUL CARPENTER and GINGER CARPENTER, Parents and Next Friend of OLIVIA CARPENTER, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>VICTORIA'S SECRET STORES, LLC, et. al..,<br><br>    Defendants. | No. 09-2068-STA |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Defendants Victoria's Secret Stores, LLC, Victoria's Secret Direct Brand Management, LLC, and Victoria's Secret Stores Brand Management, Inc's. Motion to Transfer and Motion to File Third Party Complaint (D.E. # 27), filed on March 9, 2010. The Magistrate Judge recommended that Defendants' Motion to Transfer be **DENIED** and Motion to File Third Complaint be **GRANTED** on July 13, 2010 (D.E. # 37). Defendants have filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's report.

    **IT IS SO ORDERED**.

1

                                                **s/ S. Thomas Anderson**
                                                S. THOMAS ANDERSON
                                                UNITED STATES DISTRICT JUDGE

                                                Date: August 10th, 2010.