# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

| | | |
|---|---|---|
| PAUL CARPENTER and GINGER CARPENTER, Parents and Next Friend of OLIVIA CARPENTER, a minor, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:09-cv-02068-STA-tmp |
| | ) | |
| VICTORIA'S SECRET STORES, LLC, VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC, and VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants/Third-Party Plaintiffs, | ) | |
| | ) | |
| ALICIA GRANT A/K/A ALICIA VANLANDEGHEM, | ) ) | |
| | ) | |
| Third-Party Defendant. | ) | |

---

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

---

Before the Court is Third Party Defendant Alicia VanLandeghem's Motion to Dismiss Pursuant to Rule 12(b)(2), F.R.C.P., or in the Alternative, Transfer Pursuant to 28 U.S.C. § 1404(a) (D.E. # 43), filed on September 15, 2010.  On February 11, 2011, the Magistrate Judge recommended that Third Party Defendant Alicia VanLandegham's ("Third Party Defendant") Motion be denied in its entirety.  Neither party has filed objections to the Magistrate Judge's Report and Recommendation within the time permitted.  Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, and the entire record of the proceeding, the Court hereby

**ADOPTS** the Magistrate Judge's Report and **DENIES** the Third Party Defendant's Motion to

Dismiss Pursuant to Rule 12(b)(2), F.R.C.P., or in the Alternative, Transfer Pursuant to 28

U.S.C. § 1404(a).

        **IT IS SO ORDERED.**

                                    **s/ S. Thomas Anderson**
                                    S. THOMAS ANDERSON
                                    UNITED STATES DISTRICT JUDGE

                                    Date: March 2, 2011.